UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

INRE: AMBER LEDBETTER
XXX-XX-5426

CASE NO: 19-01327

MOTION TO EXTEND THE AUTOMATIC STAY

Comes now the Debtor, through counsel, and moves this Honorable court pursuant to 11 U.S.C. § 362(c)(3)(B) to Extend the Automatic Stay in this case with respect to all creditors. As grounds for this Motion, Debtor would state:

1. That the Debtor's prior bankruptcy case numbered 16-02602 was filed June 28th, 2016 and dismissed on March 19th, 2019.

2. The Extension of the Automatic Stay is sought as to all creditors.

3. In Debtors previous case, Debtor paid $5,393.15 to the Chapter 13 Trustee.

4. That there has been a substantial change in Debtors' circumstances, namely:
   a. Debtor had a baby and incurred numerous expenses
   b. Debtor now has boyfriend living with her to help with living and baby expenses.
   c. Debtor would like to move forward with her case.

WHEREFORE, PREMISES CONSIDERED, Debtor moves this honorable Court to Extend the Automatic Stay as to all creditors during the pendency of this case.

Respectfully Submitted,

/s/ Keith R. Martin
2100 1st Ave North
Ste 220
Birmingham, AL 35203
(205) 581-1299

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and forgoing pleading upon creditors listed below by US Mail and Bradford Caraway, Trustee by ECF this the 1st day of April 2019.

/s/ Keith R. Martin

Ally Financial
PO Bo x380901
Minneapolis, MN 55438

Associated Pathologist
%Pathgroup
P.O. Box 530814
Atlanta, GA 30353

Badcock & More
PO Box 1034
Mulberry, FL 33860

Capital Accounts LLC
P.O. Box 140065
Nashville, TN 37214

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0285

Cash Master
1801 B 2nd Avenue East
Oneonta, AL 35121

Citizens Finance
P.O. Box 76
Oneonta, AL 35121

Comenity Bank Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

Credit Collection Services
P.O. Box 607
Norwood, MA 02062

Credit One
P.O. Box 60500
City Of Industry, CA 91716-0500

EMS Alarm Servises
3050 Guess Park Dr
Birmingham, AL 35215

fingerhut

PO Box 166
Newark, NJ 07101

Fingerhut Advantage
P.O. Box 166
Newark, NJ 07101

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Southern Financial
PO Box 1133
Oneonta, AL 35121

Kay Jewelers
P O Box 740425
Cincinnati, OH 45274

Liberty Finance of Oneonta
1106 2nd ave East
Ste C
Birmingham, AL 35212

Midland Funding
2365 Northside Drive Suite 300
San Diego, CA 92108

Milestone
Bankcard Services
P.O. Box 4488
Beaverton, OR 97076

Rise Credit
P.O. Box 101808
Fort Worth, TX 76185

Security Finance of Oneonta
1106 2nd Ave East
Ste G
Oneonta, AL 35121

State Farm
po Box 44110
Jacksonville, FL 32231

Synchrony Bank Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

TD Bank USA/ TargerCredit
PO Box 673
Minneapolis, MN 55440

UAHSF
PO Box 55309
Birmingham, AL 35255-5309

UAHSF
PO Box 55309
Birmingham, AL 35255-5309

Verizon Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702

Western Sky
1600 S Douglass Road
Anaheim, CA 92806

World Finance
P.O. Box 6429
Greenville, SC 29606

Alabama Fertility Specialists
2700 US Hwy 280
Birmingham, AL 35223

American Infosource
PO Box 268941
Oklahoma City, OK 73126

Amsher
4524 Southlake Pkwy
Ste 15
Birmingham, AL 35244

Amsher
4524 Southlake Pkwy
Ste 15
Birmingham, AL 35244

CE Acquisition Group, LLC
1614 Churchville Rd
#100
Bel Air, MD 21015

Frost Arnett
480 James Robertson Pkwy
Nashville, TN 37219

GECRB Bankruptcy Dept
PO Box 103106
Roswell, GA 30076

Jefferson Capital Banruptcy Notice
PO Box 7999
Saint Cloud, MN 56302

Metabank
11601 Roosevelt Blvd
TA 74
Saint Petersburg, FL 33701

Metabank
6250 Ridgwood Road
Saint Cloud, MN 56303

Portfolio Recovery Assoc
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Portfolio Recovery Assoc
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Portfolio Recovery Assoc
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Progressive Insurance
PO Box 6807
Cleveland, OH 44101